# IN THE SUPREME COURT FOR THE STATE OF MONTANA

No. DA 24-0514

IN THE MATTER OF:

D.L.L. AND J.T.L.,

Youths In Need Of Care.

## ORDER

Upon consideration of Father and Appellant's Motion For Extension Of Time (First), and with good cause shown, Father and Appellant B.L. is hereby granted an extension of time until January 17, 2025, in which to prepare, file and serve Father and Appellant's opening brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 6 2024